# LUMER & NEVILLE

Attorneys At Law

MICHAEL B. LUMER
JAMES C. NEVILLE

225 BROADWAY SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

(212) 566-5060
FACSIMILE (212) 406-6890

February 24, 2016

**By ECF**

Hon. Steven M. Gold
Unites States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

    Re: Martinez v. The City of New York, et al.,
       15 CV 5182 (ERK) (SMG)

Dear Judge Gold:

  I am one of the attorneys representing plaintiff in the above matter and write to respectfully request a short extension of time for plaintiff to serve his opposition to the defendants' motion to dismiss the complaint. More precisely, plaintiff is seeking to enlarge his deadline from February 26 to March 2, 2016. The defendants consent to this application and ask, with our consent, that the due date for their reply be enlarged from March 18 to March 28, 2016. This is plaintiff's first such application.

  The request is necessitated by the undersigned's unusually heavy litigation schedule, coupled with a personal matter that required me to spend today in the hospital with an immediate family member who was undergoing surgery, and who will require further attention and support over the next few days.

  Thank you for your kind attention to this request.

                Respectfully submitted,

                Michael Lumer

cc:  All counsel of record (By ECF)