UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SAMUEL MARTINEZ,

                                        Plaintiff,

               -against-

CITY OF NEW YORK, JOHN HOLMES, and GERARD O'DWYER,

                                        Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-5182 (ERK) (SMG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
1/24/2017, ~~2017~~

LUMER & NEVILLE
*Attorneys for Plaintiff*
225 Broadway, Suite 2700
New York, NY 10007
212-566-5060

By: _____ 1/19/17
Michael Lumer
*Attorney for Plaintiff*


Law Offices of Robert Marinelli
*Attorneys for Plaintiff*
305 Broadway, 9th Floor
New York, NY 10007
212-822-1427

By: _____
Robert Marinelli
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Angharad Wilson
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2